


COMMONWEALTH OF KENTUCKY
40TH JUDICIAL CIRCUIT
RUSSELL CIRCUIT COURT
DIVISION ___
CIVIL ACTION NO. 13-CI-365

FILED
AUG 0 7 2013
RUSSELL CIRCUIT/DIST. COURTS
BY _____ D.C.

TIMOTHY NOEL             PLAINTIFF

v.             **COMPLAINT**

ZACHERY CLARK and

LKQ OF TENNESSEE, INC.             DEFENDANTS

\* \* \* \* \* \*

The Plaintiff, Timothy Noel, by and through counsel, for his cause of action against the Defendants, Zachery Clark and LKQ of Tennessee, Inc., states as follows:

1. The Plaintiff is a resident of Casey County, Kentucky.

2. The Defendant, Zachery Clark, is a resident of Ohio.

3. The Defendant, LKQ of Tennessee, Inc., is a corporation organized under the laws of the state of Tennessee with its agent for service of process being: National Registered Agents, Inc., 306 W. Main St., Suite 512, Frankfort, KY 40601.

4. On or about August 8, 2011, the Defendant, Zachery Clark, while working within the course and scope of his employment with the Defendant, LKQ of Tennessee, Inc., was in a motor vehicle and traveling west bound on the Louie B. Nunn Cumberland Parkway in Russell County, Kentucky.

5. On or about August 8, 2011, Plaintiff, Timothy Noel, while in the exercise of due

care, was operating his automobile on Louie B. Nunn Parkway in the Russell County, Kentucky, also traveling west bound.

6. On or about August 8, 2011, the Defendant, Zachery Clark, while working within the course and scope of his employment with the Defendant, LKQ of Tennessee, Inc., acted in a negligent, careless, grossly negligent and/or reckless manner so as to cause the vehicle he was operating to collide with and strike the rear of Plaintiff's vehicle, causing Plaintiff's vehicle to overturn and injuring the Plaintiff, Timothy Noel.

7. The Defendant, LKQ of Tennessee, Inc., is vicariously liable for the acts of the Defendant, Zachery Clark.

8. As a direct and proximate result of the culpable conduct of the Defendant, Zachery Clark, the Plaintiff, Timothy Noel, sustained injuries to his head, neck, arms, legs, spine, hip, back and shoulder and the muscles, tissues, ligaments and tendons extending in and about the aforementioned portions of his body were strained, torn and/or dislocated, all of which injuries may be permanent in nature.

9. The Plaintiff, Timothy Noel, is entitled to recover for his expenses for medical treatment and hospitalization, future expenses for medical treatment, lost wages, permanent impairment of or destruction of earning capacity, pain and suffering, future pain and suffering; and permanent injuries to his person.

Wherefore, the Plaintiff, Timothy Noel, demands judgment against the Defendants, Zachery Clark and LKQ of Tennessee, Inc., for compensatory damages in an amount to be determined at trial, for punitive damages, for his costs herein expended, a reasonable fee for

Respectfully Submitted,

_____
John C. Miller
Craig Cox
BERTRAM, COX & MILLER, LLP
321 E. Main Street, P.O. Box 1155
Campbellsville, Kentucky 42719
(270) 465-6111

ATTORNEYS FOR PLAINTIFF

| AOC-82-105<br><br>COMMONWEALTH OF KENTUCKY<br>COURT OF JUSTICE<br><br>CR 4.02: CR OFFICIAL FORM 1 | **CIVIL SUMMONS** | CASE NO. ____-CI-_____<br><br>DIVISION _____<br><br>COUNTY Russell<br><br>COURT Circuit |
|---|---|---|

TIMOTHY NOEL                                                                                      PLAINTIFF

VS

ZACHERY CLARK                                                                                    DEFENDANTS

AND

LKQ OF TENNESSEE, INC.

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANTS:   Zachery Clark
                                 8450 Springswater Ct.
                                 Cincinnati, Ohio 45241

    You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with this summons. Unless a written defense is made by you or by an attorney in your behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

    The name(s) and addresses(es) of the party or parties demanding such relief against you or his (their) attorney(s) are shown on the document delivered to you with this summons.

Date:_____       Clerk: _____

                                    By: _____

### PROOF OF SERVICE

This summons was served by delivering a true copy and the complaint (or other initiating document) to:

_____

This _____ day of _____, 20 _____.

                                  Served By: _____

| AOC-82-105 | | CASE NO. ____-CI-_____ |
|---|---|---|
| COMMONWEALTH OF KENTUCKY COURT OF JUSTICE | | DIVISION _____ |
| | **CIVIL SUMMONS** | COUNTY Russell |
| CR 4.02: CR OFFICIAL FORM 1 | | COURT Circuit |

TIMOTHY NOEL                                                                                                    PLAINTIFF

VS

ZACHERY CLARK                                                                                                 DEFENDANTS

AND

LKQ OF TENNESSEE, INC.

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANTS:        National Registered Agents, Inc.
                                      306 W. Main St., Suite 512
                                      Frankfort, KY 40601

    You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with this summons. Unless a written defense is made by you or by an attorney in your behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

    The name(s) and addresses(es) of the party or parties demanding such relief against you or his (their) attorney(s) are shown on the document delivered to you with this summons.

Date:_____          Clerk: _____

 

                                           By: _____

**PROOF OF SERVICE**

This summons was served by delivering a true copy and the complaint (or other initiating document) to:

_____

This _____ day of _____, 20_____.

                                        Served By: _____

COMMONWEALTH OF KENTUCKY
40TH JUDICIAL CIRCUIT
RUSSELL CIRCUIT COURT
CIVIL ACTION NO. 13-CI-00365

TIMOTHY NOEL                                                                                    PLAINTIFF

v.            NOTICE OF PARTIAL VOLUNTARY DISMISSAL

ZZACHERY CLARK and

LKQ OF TENNESSEE, INC.                                                                    DEFENDANTS

\* \* \* \* \* \*

The Plaintiff, Timothy Noel, by and through counsel, pursuant to CR 41.01, hereby provides notice that the above referenced Complaint as against the Defendant, LKQ of Tennessee, Inc., is voluntarily dismissed with prejudice. The claims against all other Defendants shall not be affected by this Notice of Partial Voluntary Dismissal.

Respectfully Submitted,

_____
John C. Miller, Esq.
Craig Cox, Esq.
Bertram, Cox & Miller, LLP
321 East Main Street, PO Box 1155
Campbellsville, Kentucky 42719-1155
johnm@bcmllp.com
(270) 465-6111

ATTORNEYS FOR PLAINTIFF

-1-

CERTIFICATION:

    I hereby certify that a true and correct copy of the foregoing was mailed this ___ day of August, 2013, to the following:

Mr. James Burd, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
100 Mallard Creek Road-Suite 250
Louisville, Kentucky 40207

                                                        _____
                                                        John C. Miller

COMMONWEALTH OF KENTUCKY
40TH JUDICIAL CIRCUIT
RUSSELL CIRCUIT COURT
CIVIL ACTION NO. 13-CI-00365

TIMOTHY NOEL                                                                                    PLAINTIFF

v.                              **FIRST AMENDED COMPLAINT**

ZZACHERY CLARK and

KEYSTONE AUTOMOTIVE INDUSTRIES, INC.                            DEFENDANTS

\* \* \* \* \* \*

The Plaintiff, Timothy Noel, by and through counsel, for his cause of action against the Defendants, Zzachery Clark and Keystone Automotive Industries, Inc., states as follows:

1. The Plaintiff is a resident of Casey County, Kentucky.

2. The Defendant, Zzachery Clark, is a resident of Ohio.

3. The Defendant, Keystone Automotive Industries, Inc., is a corporation organized under the laws of the state of California.

4. On or about August 8, 2011, the Defendant, Zzachery Clark, while working within the course and scope of his employment with the Defendant, Keystone Automotive Industries, Inc., was in a motor vehicle and traveling west bound on the Louie B. Nunn Cumberland Parkway in Russell County, Kentucky.

5. On or about August 8, 2011, Plaintiff, Timothy Noel, while in the exercise of due care, was operating his automobile on Louie B. Nunn Parkway in the Russell County, Kentucky, also traveling west bound.

6. On or about August 8, 2011, the Defendant, Zzachery Clark, while working within the course and scope of his employment with the Defendant, Keystone Automotive Industries, Inc., acted in a negligent, careless, grossly negligent and/or reckless manner so as to cause the vehicle he was operating to collide with and strike the rear of Plaintiff's vehicle, causing Plaintiff's vehicle to overturn and injuring the Plaintiff, Timothy Noel.

7. The Defendant, Keystone Automotive Industries, Inc., is vicariously liable for the acts of the Defendant, Zzachery Clark.

8. As a direct and proximate result of the culpable conduct of the Defendant, Zzachery Clark, the Plaintiff, Timothy Noel, sustained injuries to his head, neck, arms, legs, spine, hip, back and shoulder and the muscles, tissues, ligaments and tendons extending in and about the aforementioned portions of his body were strained, torn and/or dislocated, all of which injuries may be permanent in nature.

9. The Plaintiff, Timothy Noel, is entitled to recover for his expenses for medical treatment and hospitalization, future expenses for medical treatment, lost wages, permanent impairment of or destruction of earning capacity, pain and suffering, future pain and suffering; and permanent injuries to his person.

Wherefore, the Plaintiff, Timothy Noel, demands judgment against the Defendants, Zzachery Clark and Keystone Automotive Industries, Inc., for compensatory damages in an amount to be determined at trial, for punitive damages, for his costs herein expended, a reasonable fee for his attorney and for any other relief to which he appears entitled.

Respectfully Submitted,

_____
John C. Miller
Craig Cox
BERTRAM, COX & MILLER, LLP
321 E. Main Street, P.O. Box 1155
Campbellsville, Kentucky 42719
(270) 465-6111

ATTORNEYS FOR PLAINTIFF

CERTIFICATION:

This is to certify that I have mailed a true copy of the foregoing on this 2... day of August, 2013, to the following:

Mr. James Burd, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Mallard Creek Road-Suite 250
Louisville, Kentucky 40207

_____
John C. Miller